# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 13-3576-PSG (FFMx) | Date: | June 27, 2013 |
| Title: | Kevork Shahinian v. Walgreen Co et al | | |

**Present: The Honorable:** Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE RE: ATTORNEY ADMISSION**

Having been advised by the Attorney Admission's Office regarding attorney Vahe K. Messerlian's failure to comply with Local Rule 83, and failure to respond to the email notification sent on May 21, 2013 (see attachment), the Court here orders Mr. Messerlian to show cause in writing **no later than July 11, 2013** why this Court should not revoke permission to appear on behalf of Plaintiff.

The Order to Show Cause shall stand submitted upon the filing of the Application for Admission to the Bar of The Central District of California (G-60) or the Notice of Change of Attorney Information (G-06).

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.

cc: Attorney Admissions' Office

Initials of Preparer    wkh

To:
Cc:
Bcc:
Subject: Fw: 2:13-CV-03576-DSF-VBK KEVORK SHAHINIAN V. WALGREEN CO ET AL - Non Admitted attorney
From: Wendy Hernandez/CACD/09/USCOURTS - Tuesday 06/25/2013 04:51 PM

----- Forwarded by Lupe Thrasher/CACD/09/USCOURTS on 06/25/2013 09:56 AM -----

From: Lupe Thrasher/CACD/09/USCOURTS
To: vahe@qualityappearances.com
Date: 05/21/2013 12:33 PM
Subject: 2:13-CV-03576-DSF-VBK KEVORK SHAHINIAN V. WALGREEN CO ET AL - Non Admitted attorney

Mr. Messerlian,

Your name has appeared on an initiating pleading in the above referenced case. Also be advised that you are not admitted to this Court. Please submit your application for admission to this Court ASAP otherwise I will have no recourse but to notify the Judge that you are not admitted to this Court pursuant to Local Rule 83-2 as noted below.

**L.R. 83-2 Attorneys – Admission, Substitution, and Withdrawal; Communications with Court**

*L.R. 83-2.1 Appearance Before the Court.* An appearance before the Court on behalf of another party or a class may be made only by an attorney admitted to the Bar of or permitted to practice before this Court.

*L.R. 83-2.2 Admission to Practice*

*L.R. 83-2.2.1 In General.* Admission to and continuing membership in the Bar of this Court is limited to persons of good moral character who are active members in good standing of the State Bar of California, or Registered Legal Services Attorneys, pursuant to California Rule of Court 9.45. If the attorney ceases to meet these criteria, the attorney is subject to the disciplinary rules of the court, infra.

You can apply online through the Court's website and/or submit your application over the counter. Application and instructions are attached below. Should you opt to terminate yourself from the case, please have one of the attorneys, who is admitted e-file a G-06 for you. One way or another, I expect to hear from you within the next 10 days. If this has been sent in error, I apologize for the inconvenience. Thank you for your anticipated cooperation.

 G-60.pdf     G-06.pdf

http://apps.cacd.uscourts.gov/baradm/prerequisites.aspx

Lupe Thrasher
Attorney Admissions